UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
ANGELA HAMILTON,

                Plaintiff,

- against -

INTERCOS AMERICA, INC.,

                Defendant.
------------------------------------------------------------ X

**ORDER OF DISMISSAL**

06 Civ. 13724 (SAS)

      The parties having notified the Court that they have nearly reached a resolution of this action,

      IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty days of the date of this Order, counsel for any party may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            June 16, 2008

## - Appearances -

**For Plaintiff:**

Elaine L Smith, Esq.
Lewis, Clifton & Nikolaidis, P.C.
275 Seventh Avenue, Suite 2300
New York, NY 10001
(212) 419-1500

**For Defendant:**

Dennis A. Lalli, Esq.
Bond, Schoeneck & King, PLLC
330 Madison Avenue
New York, NY 10017
(646) 253-2312