Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANGELA HAMILTON,

         Plaintiff,

 - against -

INTERCOS AMERICA, INC.,

         Intercos.

---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

06 Civ. 13724 (SAS)

STIPULATION OF
DISMISSAL WITH
PREJUDICE

  The parties, by their attorneys, hereby stipulate that the plaintiff voluntarily dismisses the Complaint, with prejudice and without costs, pursuant to Fed.R.Civ.P. 41.

Dated: New York, New York
    June __, 2008

LEWIS, CLIFTON & NIKOLAIDIS, P.C.

By: _____
  Elaine Smith (ES-0214)

275 Seventh Avenue, Suite 2300
New York, New York 10001
(212) 419-1500

Attorneys for the Plaintiff

BOND, SCHOENECK & KING, PLLC

By: _____
  Dennis A. Lalli (DL-0575)

330 Madison Avenue, 39th Floor
New York, New York 10017
(646) 253-2312

Attorneys for the Defendant,
Intercos America, Inc.

SO ORDERED:

_____
United States District Judge

7/1/08

4843-1506-6626.1

19290 3 6/12/2008